IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

NYOKA WURTS, et al.,

Plaintiffs,

v.                                                      CIVIL ACTION NO.  2:19-cv-00100

BRANCH BANKING AND TRUST COMPANY,

Defendant.

MEMORANDUM OPINION AND ORDER

Pending before the court is Defendant's Motion to Strike Plaintiff's Reply Brief in Support of Her Motion for Remand, or Alternatively, Motion for Leave to File Surreply. [ECF No. 19]. For the reasons stated below, the Motion is **DENIED as moot**.

On April 18, 2019, Defendant Branch Banking and Trust Company ("BB&T") filed a Motion to Strike Plaintiff's Reply Brief in Support of Her Motion for Remand, or Alternatively, Motion for Leave to File Surreply. [ECF No. 19]. On August 26, 2019, this Court DENIED Plaintiff Nyoka Wurts's Motion to Remand. Accordingly, Defendant BB&T's Motion to Strike Plaintiff's Reply Brief in Support of Her Motion for Remand, or Alternatively, Motion for Leave to File Surreply, [ECF No. 19], is **DENIED as moot**. The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:      November 25, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE